C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
AMY J. CHOE, ESQ. (SBN 299870)
amy.choe@jeonglikens.com
JOHN R. BALDIVIA, ESQ (SBN 313699)
john.baldivia@jeonglikens.com
JEONG & LIKENS, L.C.
1055 W. 7TH Street, Suite 2280
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002
Attorneys for Plaintiff, NS INT'L TEXTILES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NS INT'L TEXTILES, a South Korea corporation;<br><br>Plaintiff,<br><br>vs.<br><br>A'GACI, L.L.C., a Texas Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17−cv−03739 DMG (KSx)<br><br>**DECLARATION OF CHAN YONG JEONG RE ORDER TO FILE A NOTICED MOTION TO REOPEN THE CASE (DKT. NO. 16)** |

1
**DECLARATION OF CHAN YONG JEONG**

I, CHAN YONG JEONG, declare:

1. I am over 18 years of age and have personal knowledge of each fact stated in this declaration. If called upon to testify thereto as a witness, I can and will testify.

2. I am the attorney for Plaintiff NS INT'L TEXTILES ("Plaintiff") in this action.

3. This declaration is submitted Re Order To File A Noticed Motion To Reopen The Case (Dkt. No. 16).

4. Pursuant to Local Rule 7-3, on July 7, 2017, counsel for Plaintiff and Defendants had a meet and confer conference discussing the issues underlying Plaintiff's Motion To Reopen The Case.

5. Plaintiff discovered allegedly infringing garments sold by Defendant A'GACI, L.L.C., and requested Plaintiff's counsel to file cases against the Defendant.

6. On May 17, 2017, Plaintiff filed a complaint against Defendant A'GACI, L.L.C. for claims of copyright infringement, vicarious copyright infringement, and contributory copyright infringement, regarding Defendant's garments (Dkt. No. 1). Two styles of Defendant's garments were involved in this case.

7. Plaintiff alleges that both styles of Defendant's garments infringed on the same design owned by Plaintiff, titled NS2017R.

8. Plaintiff no longer wanted to pursue the matter as to one style of garment. However, there was a miscommunication between Plaintiff and its counsel,

which resulted in dismissal of the entire case on June 20, 2017 (Dkt. No. 13).

9. After I learned that Plaintiff still wanted to pursue the matter as to one style of garment, I filed the Notice of Errata (Dkt. No. 15).

10. It is now coming to my attention that Defendant's counsel may have documents that show that the other style of garment that Plaintiff still wishes to pursue may in fact be originating from Plaintiff's stream of commerce as well.

11. Plaintiff plans to file a Motion to Reopen The Case as soon as possible, but is waiting for Defense counsel to provide documents as to whether or not the style of garment that Plaintiff still wishes to pursue is in fact originating from Plaintiff's stream of commerce.

12. Defense counsel has informed me that he will try to have documents by July 14, 2017, at which point Plaintiff will decide whether or not it still wishes to reopen this case.

*Under penalty of perjury under the laws of the State of California, and the United States, I declare that the foregoing is true and correct.*

Dated: July 7, 2017

_____/s/C. Yong Jeong_____
C. Yong Jeong
Attorney for NS Int'l Textiles

3
**DECLARATION OF CHAN YONG JEONG**